# WARRANT OF ARREST SEALED

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>David Stone III<br><br>Defendant. | DOCKET NO.<br>21 CR 042 | MAGISTRATE JUDGE CASE NO.<br>WMC |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>David Stone III<br><br>Ashland, WI 54806 | |

Warrant Issued on the Basis of:

☑ Indictment ☐ Order of Court ☐ Information ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy to distribute heroin, fentanyl and methamphetamine.

IN VIOLATION OF TITLE:    21 U.S.C. Section(s) 846

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: Federal Judge/Magistrate Judge<br>Peter Oppeneer | Date Order: |
|---|---|
| Clerk of Court:<br>(By) Deputy Clerk | Date Issued: 4/14/2021 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: 4/14/21 | Date Executed: 5/12/21 |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |